# In The United States Court of Federal Claims

No. 13-364C

(Filed: May 30, 2013)

_____

VINCULUM SOLUTIONS, INC.,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

    A telephonic status conference will be held in this case on Friday, May 31, 2013, at 10:00 a.m. (EDT). Chambers will contact the parties shortly before the scheduled conference time.

    **IT IS SO ORDERED.**

                                        s/ Francis M. Allegra
                                        Francis M. Allegra
                                        Judge