# In The United States Court of Federal Claims

No. 13-364C

(Filed: May 31, 2013)

_____

VINCULUM SOLUTIONS, INC.,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

Today, a status conference was held in this case. Participating in the conference were Daniel S. Koch, for plaintiff, and Katy M. Bartelma, for defendant. Pursuant to discussions during the conference:

1. By 5:30 pm (EDT) on June 3, 2013, defendant shall file any documents it believes are relevant to the court's consideration of a motion for a temporary restraining order (TRO) in this case;

2. By 5:30 pm (EDT) on June 5, 2013, plaintiff shall file its application for a TRO and supporting brief; and

3. By noon (EDT) on June 10, 2013, defendant shall file its response.

**IT IS SO ORDERED.**

                                            s/ Francis M. Allegra
                                            Francis M. Allegra
                                            Judge