# In The United States Court of Federal Claims

No. 13-364C

(Filed: June 18, 2013)

_____

VINCULUM SOLUTIONS, INC.,

      Plaintiff,

v.

THE UNITED STATES,

      Defendant,

BOOZ ALLEN HAMILTON, INC.,

      Defendant-Intervenor.

_____

**ORDER**

_____

On May 30, 2013, plaintiff filed its complaint in this matter.  On June 7, 2013, defendant filed a motion to dismiss plaintiff's complaint.  On June 13, 2013, plaintiff filed its response to defendant's motion to dismiss, indicating that it did not oppose the motion.  Accordingly, defendant's motion to dismiss plaintiff's complaint is hereby **GRANTED**, with prejudice.  The court hereby orders the Clerk to enter judgment in favor of defendant.

    **IT IS SO ORDERED.**

                                          s/ Francis M. Allegra
                                          Francis M. Allegra
                                          Judge